# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-714-131**

Effective date of registration:
May 10, 2010

---

**Title**
  Title of Work: Jovani Catalogue # 1023

**Completion/Publication**
  Year of Completion: 2009
  Date of 1st Publication: January 25, 2009   Nation of 1st Publication: United States

**Author**
  • Author: Jovani Fashions, LTD.
    Author Created: 2-dimensional artwork
    Work made for hire: Yes
    Domiciled in: United States

**Copyright claimant**
  Copyright Claimant: Jovani Fashions, LTD.
    1370 Broadway, 4th Floor, New York, New York 10018, United States

**Certification**
  Name: Saul Maslavi
  Date: May 7, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-714-128**

Effective date of registration:
May 10, 2010

## Title
- **Title of Work:** Jovani Catalogue # 1024

## Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** January 25, 2009
- **Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, LTD.
- **Author Created:** 2-dimensional artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Jovani Fashions, LTD.
  1370 Broadway, 4th Floor, New York, New York 10018, United States

## Certification
- **Name:** Saul Maslavi
- **Date:** May 7, 2010

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-679**

Effective date of registration:

July 21, 2010

---

## Title
- **Title of Work:** Jovani Catalogue # 1021

## Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** January 20, 2008
- **Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, LTD.
- **Author Created:** 2-dimensional artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Jovani Fashions, LTD.
  1370 Broadway, 4th Floor, New York, New York, 10018, United States

## Certification
- **Name:** Saul Maslavi
- **Date:** June 21, 2010

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-698**

**Effective date of registration:**

July 21, 2010

## Title
**Title of Work:** Jovani Short & Chic

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** May 10, 2008    **Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, LTD.
  **Author Created:** 2-dimensional artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Jovani Fashions, LTD.
1370 Broadway, 4th Floor, New York, NY, 10018, United States

## Certification
**Name:** Saul Maslavi
**Date:** July 7, 2010

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-677**

**Effective date of registration:**

July 21, 2010

---

### Title
- **Title of Work:** Jovani Catalogue # 1020

### Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** January 20, 2008
- **Nation of 1st Publication:** United States

### Author
- **Author:** Jovani Fashions, LTD.
- **Author Created:** 2-dimensional artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Jovani Fashions, LTD.
  1370 Broadway, 4th Floor, New York, New York, 10018, United States

### Certification
- **Name:** Saul Maslavi
- **Date:** June 21, 2010

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-749-692

**Effective date of registration:**
July 21, 2010

## Title
**Title of Work:** "Jovani Collection" 2009 Catalogue

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** July 5, 2009
**Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, LTD.
  **Author Created:** 2-dimensional artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Jovani Fashions, LTD.
1370 Broadway, 4th Floor, New York, New York, 10018, United States

## Certification
**Name:** Saul Maslavi
**Date:** June 23, 2010

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-689**

Effective date of registration:

July 21, 2010

## Title
**Title of Work:** Jovani 2009 Homecoming Catalogue

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** April 22, 2009    **Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, LTD.
  **Author Created:** 2-dimensional artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Jovani Fashions, LTD.
1370 Broadway, 4th Floor, New York, New York, 10018, United States

## Certification
**Name:** Saul Maslavi
**Date:** June 21, 2010

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-621**

Effective date of registration:

July 21, 2010

---

### Title
- **Title of Work:** Jovani 2009 Evening Catalogue

### Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** March 5, 2009
- **Nation of 1st Publication:** United States

### Author
- **Author:** Jovani Fashions, LTD.
- **Author Created:** 2-dimensional artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Jovani Fashions, LTD.
  1370 Broadway, 4th Floor, New York, New York, 10018, United States

### Certification
- **Name:** Saul Maslavi
- **Date:** June 23, 2010

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-749-891**

Effective date of registration:

August 27, 2010

---

## Title
**Title of Work:** Jovani style 154416

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** September 25, 2009    **Nation of 1st Publication:** United States

## Author
- **Author:** Jovani Fashions, Ltd.
  **Author Created:** 2-dimensional artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Jovani Fashions, Ltd.
1370 Broadway, 4th Floor, New York, NY 10018, United States

## Certification
**Name:** Saul Maslavi
**Date:** August 18, 2010



Case 1:10-cv-07085-JGK-FM   Document 64-3   Filed 01/28/11   Page 11 of 11

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Jovani
Search Results: Displaying 4 of 98 entries



*Prom Catalog 2011 Jovani, Catalog #1029.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001752073 / 2010-10-21 |
| **Application Title:** | Jovani Prom 2011 Catalog #1029. |
| **Title:** | Prom Catalog 2011 Jovani, Catalog #1029. |
| **Description:** | Catalog showing artwork applied to dresses. |
| **Copyright Claimant:** | Jovani Fashions, LTD. Address: 1370 Broadway, 4th Floor, New York, NY, 10018, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-05 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jovani Fashions, LTD., employer for hire; Domicile: United States. Authorship: 2-dimensional artwork. |
| **Rights and Permissions:** | Jovani Fashions, LTD., 1370 Broadway, 4th Floor, New York, NY, 10018, United States, (212) 279-0222 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Jovani Fashions, LTD. |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                                   Email |
Help   Search   History   Titles   Start Over