# Exhibit D

**Visual Comparison of Cinderella Catalog 5 with Jovani styles**



Cinderella, Style 2140, Catalog 5, Page 1

Jovani, Style 14344, Catalog 1024, Page 28



| Style | 4008 |
| Color | Print As Shown |
| Size | 4 ~ 18 |

| Style | 2108 |
| Color | Stone Of Waist Line Is Gre |
| Size | 4 ~ 20 |

Cinderella, Style 4008, Catalog 5



Jovani, Style 15498, Catalog 1024, Page 21





Jovani, Style B14811, Catalog 1024, Page 179

Cinderella, Style 2126, Page 13



Style 3077
Color Purple/Print
Blue/Print
Brown/Print
Size 4 ~ 18

Cinderella, Style 3077, Catalog 7

Jovani, Style 153032, Catalog 1024, Page 169



▸ Style   3077
▸ Color   Purple/Print, Blue/Print, Brown/Print
▸ Size   4 ~ 18

Cinderella, Style 3077, Page 19

Jovani 153032, Catalog 1024, Page 169



Cinderella, Style 2124, Page 20



Jovani, Style B565, Catalog 1023,  Page 91



Cinderella, Style 2120, Catalog 5, page 21 and page 6

Jovani, Style 196583, Catalog 1024, Page 17



Jovani, Style B14429, Catalog 1024, Page 189

Cinderella, Style 2147, Page 36



• Style    2107
• Color   Pink/Purple, Turq/Royal Blue
• Size    4 ~ 18

Cinderella, Style 2107, Page 41



Jovani, Style B14721, Catalog 1023, Page 136



Cinderella, Style 2133, Page 45

Jovani Style 153162, Catalog 1023, Page 65



Style:3075
Color:Yellow,Ocean Blue
Size :4 ~ 18

16

Cinderella, Style 3075, Catalog 6, Page 16



Jovani, Style 153162, Catalog 1023, Page 65



Cinderella, Style 3070, Catalog 6, Page 12



Jovani, Style 157225, Catalog 1021, Page 58



Cinderella, Style 4006, Catalog 6, Page 14



Jovani, Style 8368, Catalog 1023, Page 77



Jovani, Style 8368, Catalog 1023, Page 77

Cinderella, Style 2129, Catalog 7, Page 17



Cinderella, Style 2103, Catalog 6, Page 20



Jovani Style 143154, Catalog 1024, Page 140



Cinderella, Style 2101

Jovani Style 152178, Catalog 1024, Page 1



Style:1229
Color:Turq
Size :4 ~ 12

39

Cinderella, Style 1229, Catalog 6, Page 39



Jovani, Style B153096, Catalog 1024, Page 177



Cinderella, Style 2131, Catalog 7

Jovani, Style B153096, Catalog 1024, Page.177



Style:09490
Color:Olive Green
Size :4 ~ 14

51

Cinderella, Style 9490, Catalog 6, page 51



15962200
Green/Gold
Light Blue/Gold
Black/Gold
Red/Gold

105

Jovani, Style 15962200, Catalog 1020, Page 105



Cinderella, Style 4017, Catalog 6, Page 52

Jovani, Style 10740, Catalog 1023, Page 122

**Visual Comparison of Cinderella Catalog 7 with Jovani styles**



Cinderella, Style 3056, Catalog 7



Jovani, Style 14916, Catalog Evening 2009, Page 80





Cinderella, Style 1244, Catalog 7, page 52



Jovani, Style 14125, Catalog 1023, Page 150



Cinderella, Style 3081, Catalog 7, Page 76

Jovani, Style 8121, Catalog Jovani Collection, Page 50, and Catalog Evening 2009, Page 59



Cinderella Style No. 2125



Jovani Style No. 15995, Catalog 1024, Page 35



therosedress.com, Style No.:   CD-4003
http://www.therosedress.com/shop/products/itemCD.asp?id=4003&vendorid=CD



Jovani, Style No.:  152305, Catalog 1024, Page 90



Style:5095
Color:Green, Ivory
        Purple, Red, Teal
Size :XS ~ 3XL

Style:5213
Color:Teal, Raspberry
        Dark Lilac, Evergreen
Size :XS ~ 3XL

Cinderella, Style 5213, Catalog 6, Page 57

Jovani, Style 14620, Catalog Homecoming 2009, Page 1