# Exhibit H

**Visual Comparison of www.discountdressup.com designs with Jovani designs**



Discountdressup.com, Style No.: 3073cin,
http://www.discountdressup.com/brpaevcopach59.html



Jovani, Style No.: 152112, Catalog 1024, Page 30

.



Discountdressup.com, Style No.: 4017cin,
http://www.discountdressup.com/17coxl2xreds.html



Jovani, Style No.: 10740, Catalog 1023, Page 122



Discountdressup.com, Style No.: 2133cin
http://www.discountdressup.com/begedrwiflhe.html



Jovani, Style No.: 153162, Catalog 1023, Page 65