# Exhibit M

**Visual Comparison of Fiesta Fashions Style with Jovani Style**

